**RECOMMENDATION TERMINATING PROBATION PRIOR TO ORIGINAL EXPIRATION DATE**

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Docket Number: 1:96CR05338-05 OWW |
| vs. | ) | FILED |
| **Kenneth Wayne Autry** | ) | OCT 1 0 2006 |
| | | CLERK U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA |
| | | DEPUTY CLERK |

### LEGAL HISTORY:

On April 13, 1998, the above named was placed on supervised release for a term of 5 years, which commenced on September 9, 2003. Special conditions included a requirement that he submit to search and seizure, participate in a correctional treatment program to obtain assistance for drug or alcohol abuse, submit to drug testing, participate in a co-payment plan for treatment and testing, and refrain from the possession or use of a cellular phone or paging device.

### SUMMARY OF COMPLIANCE:

The defendant has complied with all conditions and special conditions of supervision and has not been involved in any further criminal activities. Furthermore, it should be noted the defendant has been gainfully employed since his release on supervision and generally seems to have assimilated back into the community as a productive member of society since his release from the Bureau of Prisons. It is the opinion of the Probation Officer that he has derived the maximum benefit from supervision and is not in need of continued supervision.

### RECOMMENDATION:

It is, therefore, respectfully recommended that the defendant be discharged from supervised release prior to his scheduled expiration date.

**Submitted by:** Tim Mechem
United States Probation Officer
Fresno, California

**Date:** September 13, 2006

**Approved by:** Bruce A. Vasquez
Supervising United States Probation Officer

cc: Kathleen A. Servatius, AUSA (Pursuant to Rule 32-1(b) notice of proposed relief to the probationer is being provided. If no objection is received from you within 14 days, the Probation Officer's recommendation and Probation Form 35, Report and Order terminating probation release Prior to Original Expiration Date, will be submitted to the Court for approval.)

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs. ) | Docket Number: 1:96CR05338-05 OWW |
| ) | |
| **Kenneth Wayne Autry** ) | |

On April 13, 1998, the above named was placed on supervised release for a term of 5 years, which commenced on September 9, 2003. Special conditions included a requirement that he submit to search and seizure, participate in a correctional treatment program to obtain assistance for drug or alcohol abuse, submit to drug testing, participate in a co-payment plan for treatment and testing, and refrain from the possession or use of a cellular phone or paging device.

The defendant has complied with all conditions and special conditions of supervision and has not been involved in any further criminal activities. Furthermore, it should be noted the defendant has been gainfully employed since his release on supervision and generally seems to have assimilated back into the community as a productive member of society since his release from the Bureau of Prisons. It is the opinion of the Probation Officer that he has derived the maximum benefit from supervision and is not in need of continued supervision.

Respectfully submitted,

**Tim Mechem**
United States Probation Officer

Reviewed by:

**Bruce A. Vasquez**
Supervising United States Probation Officer

## ORDER OF COURT

It is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this \_\_\_5th\_\_\_ day of \_\_\_October\_\_\_, 2006.

_____
**Honorable Oliver W. Wanger**
**Senior United States District Court Judge**

cc:   Assistant United States Attorney